VICTOR SHERMAN (SBN 38483)
SHERMAN & SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, California 90405-2215
(310) 399-3259 Office
(310) 392-9029 Facsimile
E-Mail: ssvictor@aol.com

Attorneys for Defendant
HUGO ESTRADA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) | CASE NO.: CR 09-20338-Ml |
|---|---|---|
| Plaintiff, | ) | ORDER RE PRO HAC VICE OF ATTORNEY VICTOR SHERMAN TO REPRESENT DEFENDANT HUGO ESTRADA |
| v. | ) | |
| HUGO ESTRADA, et al., | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that Attorney Victor Sherman may be admitted pro hac vice as counsel for defendant, Hugo Estrada, in the above-entitled criminal matter.

DATED: August 27, 2009

s/Diane K. Vescovo
HON. DIANE K. VESCOVO
United States District Judge